United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM, | No. C 10-059 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. S. EVANS, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new habeas action after he exhausts his state court remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 22, 2010

Marilyn Hall Patel
United States District Judge